BEFORE THE SECOND DIVISION, MARCH 27, 1939

**No. 40928.**—Protest 978788–G of American Express Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *American Express Co.* v. *United States* (T. D. 49321) the film pack parts in question were held dutiable at 20 percent under paragraph 1551 as claimed.

**No. 40929.**—Protest 978799–G of B. Altman & Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of photo frames, boxes, paper baskets, umbrella stands, jardinieres, and vases chiefly used on the table, in the kitchen, or in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *Woolworth* v. *United States* (T. D. 47647) followed.

**No. 40930.**—Protest 933148–G of S. Lisk & Bro. (New York).

Opinion by DALLINGER, J. It was stipulated that the match cases in question are chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *Rice* v. *United States* (T. D. 49373), *Dow* v. *United States* (21 C. C. P. A. 282, T. D. 46816), and *United States* v. *Friedlaender* (id. 103, T. D. 46445) cited.

**No. 40931.**—Protests 933456–G, etc., of Schear & Schrader (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the paper weights in question were held dutiable at 40 percent under paragraph 339 as claimed. *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20), *Dow* v. *United States* (21 id. 282, T. D. 46816), and *United States* v. *Friedlaender* (id. 103, T. D. 46445) cited.

**No. 40932.**—Protests 932608–G, etc., of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the paper weights in question were held dutiable at 40 percent under paragraph 339. *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) cited. Photo frames chiefly used in the household for utilitarian purposes were held dutiable as household utensils, plated with silver, at 50 percent under paragraph 339. *Woolworth* v. *United States* (T. D. 47857) followed.